UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,                             Case No. 1:07:CR:109

v.

                                       HON. GORDON J. QUIST

BRANDON CURTIS WILLIAMSON,

        Defendant.

_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 27, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Brandon Curtis Williamson's plea of guilty to Count 2 of the Indictment is accepted. Defendant Brandon Curtis Williamson is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.


Dated: July 18, 2007                                            /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE